Joseph A. Mullaney, Jr., as Administrator, etc., of Ann A. Mullaney,

---

* Motion to dismiss appeal denied, 264 N. Y. 601.

Deceased, Respondent, v. Nicolo Blasso, Defendant, and George H. Worthington and Ada A. Worthington, Appellants.*— Judgment affirmed, with costs. No opinion. Young, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent upon the ground that there was no proof of negligence on the part of the defendants Worthington.